In the Matter of the Judicial Settlement of the Account of Proceedings of the CENTRAL TRUST COMPANY OF, NEW YORK, as Substituted Trustee, under the Will of JOHN W. SOUTHACK, Deceased.

EUGENE SOUTHACK et al., Appellants; FREDERICK SOUTHACK et al., Respondents.

*Matter of Central Trust Co.,* 48 App. Div. 223, affirmed.
(Argued June 5, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made March 5, 1900, affirming a decree of the Surrogate's Court of New York county construing the will of John M. Southack, deceased.

*Austen G. Fox* for appellants.

*William G. Wilson* and *Michael H. Cardozo* for respondents.

*John Notman* for the Central Trust Company of New York, trustee.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.